UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDY STONE | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:22-CV-01616 |
| VERSUS | * | |
| | * | SECTION "D" |
| MARIAH CAREY, WALTER | * | |
| AFANASIEFF, SONY MUSIC | * | MAGISTRATE: Douglas |
| ENTERTAINMENT, AND SONY | * | |
| CORPORATION OF AMERICA | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

---

AMENDED AND SUPPLEMENTAL COMPLAINT

---

NOW INTO COURT, through undersigned counsel, comes Plaintiff Andy Stone, a.k.a Vince Vance, who respectfully files this Amended and Supplemental Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1)(b). Plaintiff specifically re-avers each and every allegation of his Complaint for Damages (Rec. Doc. 1), as if set forth herein, except for the following paragraph, which he amends, and supplements as follows:

13.

Made a part of the "Merry Christmas" album, Defendant Carey released a derivative version of the song "All I Want for Christmas is You", allegedly co-written with Defendant Afanasieff, along with accompanying music videos.

13(a)

The song allegedly co-written by Defendants Carey and Afanasieff, reflects a derivative version of Vance's "All I Want for Christmas is You" in terms of the lyrics, melody, harmonic language, rhythm, and meter.

13(b)

**Lyrics**

There are substantial similarities in the lyrics associated with the two songs wherein upwards of 50% of Vance's lyrics are copied or modified in Defendants version. Further, the songs tell the same story, incorporating the same arc from beginning to end, of an individual who wants their partner more than material goods or seasonal comforts.

1) Vance writes a letter to Santa Claus saying, "I don't need…sleigh rides in the snow," that "Santa can't bring me what I need," that "one thing," an unnamed "you," standing "underneath the Christmas tree," her "dream come true."

2) Defendants simply invert Vance's phrases, reciting "I don't need" or I don't want" … "snow" or any presents "underneath the Christmas tree," but for Santa to "bring me the one I really need," again that "one thing" an unnamed "you," to make her "wish come true."

13(c)

**Primary Melody or "Hook"**

"All I want for Christmas is you" is what is considered the hook, or most memorable part, of both songs. In both songs, the hook is the concluding phrase of the chorus or "refrain". The use of the hook in both songs not only refers to the words, but also the melody. The use of technical language is required: The hook is a short melodic fragment. The fragment has the same "contour" or direction or movement. The last three notes of the fragment are identical ("-mas is you" = A->B->G). The words/notes land on almost the same downbeats ("All" = downbeat 1, "Want" = downbeat 2, etc.). Finally, the chord progression that supports the melody is exactly the same.

13(d)

### Overall Melody and Phrasing

Analyzing the melody of each song, the overall contour of the same is substantially similar. In both songs, the notes of the singer's melody ascend and descend in identically. While Defendants is more disjunct and includes more melisma, that is characteristic of Carey's R&B style, which is vocally different from Vance's country style. However, these differences are more of a matter of performance than composition.

13(e)

Further, the overall period of the melodic phrasing is comparable. Specifically, both songs use an antecedent-consequent phrase structure, where the initial phrase (a) ascends melodically, and the response phrase (b) then descends. (e.g., the beginning of each verse: (a) "If I wrote a letter to Santa Claus," (b) "I would ask for just one thing" is comparable to (a) "I don't want a lot for Christmas," (b) There is just one thing I need.")

13(f)

### Harmonic Language

Defendants song also shares the chord progression of Vance's. This includes the identical "ii-V-I" progression over the title phrase as noted above in addition to many other substantially similar chords and "chord substitutions".

13(g)

Overall, the harmonic language is shared. In addition to the common "I-IV-V" progression, there is also the use of "vi" and minor subdominant "if" chords with an added sixth in both songs. (e.g., under key words like "tinsel" in the Vance song and when Carey sings her "underneath the Christmas tree" line).

13(h)

### Rhythm, Meter, and Tempo

Several aspects of the rhythm and meter are also substantially similar albeit masked by differenced in tempo. The meter of each song in a tempo of 12/8, incorporates an eighth-note pulse provided by piano. Further, each song uses a shuffle rhythm that provide rhythmic contrast between the 12/8 pulse and quarter-note pulse in the rhythm instruments. Finally, there is a characteristic arpeggio used in both songs (played on guitar in Vance's version and substituted with a toy piano in Defendants.

Respectfully submitted,

/s/ Douglas M. Schmidt
Douglas M. Schmidt (Bar No. 11789)
335 City Park Ave.
New Orleans, LA 70117
Telephone: (504) 482-5711
Email: boris1s2002@yahoo.com
Withhold Service

/s/ Andrew C. Abrams
Andrew C. Abrams (Bar No. 32280)
935 Gravier St., Ste. 900
New Orleans, LA 70118
Telephone: (504) 799-4200
Email: aca@obryonlaw.com
Withhold Service

**Withhold Service:**

**Peter Anderson**
**Attorney for Defendants**
**Mariah Carey/ Sony**
**865 S Figueroa St, Suite 2500**
**Los Angeles, CA 90015**

**Kenneth D. Freundlich**
**Attorney for Defendants**
**Walter Afanasieff**
**16133 Ventura Blvd. Suite 645**
**Encino, CA 91436**