UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDY STONE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1616-WBV-DMD** |
| **MARIAH CAREY, ET AL.** | **SECTION: "D" (3)** |

### ORDER

**IT IS HEREBY ORDERED** that the Amended and Supplemental Complaint (R. Doc. 4) be **STRICKEN** from the record because it is not a comprehensive pleading and, instead, refers to deletions, substitutions and/or additions to the original Complaint for Copyright Infringement, Unjust Enrichment, Misapproriation [sic] and Lanham Act Violation (R. Doc. 1).

**IT IS FURTHER ORDERED** that plaintiff, Andy Stone, shall have **five (5) days** from the date of this Order to file a comprehensive amended complaint, without further leave of Court, that includes all of Plaintiff's numbered allegations, as revised, supplemented, and/or amended, and which will become the operative complaint in this matter without reference to any other document in the record.

New Orleans, Louisiana, June 24, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**