UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDY STONE | * | CIVIL ACTION |
| | * | NO. 2:22-CV-01616-WBV-DMD |
| VERSUS | * | SECTION: "D" (3) |
| MARIAH CAREY, WALTER AFANASIEFF, SONY MUSIC ENTERTAINMENT, AND SONY CORPORATION OF AMERICA | * | DISTRICT JUDGE HON. WENDY B. VITTER |
| | * | MAGISTRATE JUDGE DANA DOUGLAS |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Andy Stone hereby dismisses this case in its entirety, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: November 1, 2022

RESPECTFULLY SUBMITTED:

By: ***/s/Douglas M. Schmidt***
DOUGLAS M. SCHMIDT
(State Bar No. 11789)
boris1s2002@yahoo.com
**DOUGLAS M. SCHMIDT, APLC**
335 City Park Avenue
New Orleans, LA 70117
Telephone: (504) 482-5711

By: ***/s/ Andrew C. Abrams***
ANDREW C. ABRAMS
(State Bar No. 32280)
aca@obryonlaw.com

**O'BRYON & SCHNABEL, PLC**
935 Gravier Street, Suite 900
New Orleans, LA 70118
Telephone: (504) 799-4200

*Attorneys for Plaintiff*
*ANDY STONE*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1ST day of November 2022, I electronically transmitted the foregoing document to the clerk of the court using the CM/EFC system for filing which will send a notice of electronic filings to counsel of record for the parties.

***/s/ Douglas M. Schmidt***